JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY LEE GLASER, | CASE NO. CV 14-7226-FMO (PJW) |
|     Petitioner, | |
|     v. | J U D G M E N T |
| J.A. LIZARRAGA, | |
|     Respondent. | |

Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: June 13, 2016.

/s/
_____
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE